UNITED STATES of America,
Plaintiff–Appellee,

v.

Edgar V. BROUSSARD, Defendant–
Appellant.

No. 12–15980
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

July 19, 2013.

Steven E. Butler, Kenyen Ray Brown, Donna Barrow Dobbins, Gina S. Vann, U.S. Attorney's Office, Mobile, AL, for Plaintiff–Appellee.

Neil L. Hanley, Hanley Law Firm, Mobile, AL, for Defendant–Appellant.

Before WILSON, HILL and ANDERSON, Circuit Judges.

PER CURIAM:

Neil H. Hanley, appointed counsel for Edgar V. Broussard in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent re-

---

view of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Broussard's revocation and sentence are **AFFIRMED.**